FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNA RUGO and BELINDA DUNN,<br><br>       Plaintiffs,<br><br>  v.<br><br>DDS ROB HARDWICK, a sole proprietorship, DDS ROBERT W. HARDWICK, JR., a sole proprietorship, ROBERT W. HARDWICK, JR., and his marital community comprised thereof, and MICHELLE HARDWICK, and her marital community comprised thereof,<br><br>       Defendants. | No. 2:16-CV-0444-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 11, 2017, the parties filed a stipulated notice of dismissal with prejudice, ECF No. 49. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41, **IT IS HEREBY ORDERED:**

 **1.**   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

 **2.**   All pending motions are **DENIED AS MOOT.**

 **3.**   All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

**4.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of October 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2